

No. 11–0626/AR. U.S. v. Kirby B. Moses. CCA 20090247. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 11, 2012.

No. 12–0008/AR. U.S. v. Alaa M. Ali. CCA 20080559. On consideration of the motions filed by Professor Eric Schnapper, the University of Washington School of Law, to appear pro hac vice, to file a brief of Amicus Curiae out of time, to allow appearance of law student, to allow Eric Schnapper to appear as Amicus Curiae, and to present oral argument, it is ordered that said motions are hereby granted, and that Amicus Curiae will be allotted 10 minutes to present oral argument.

No. 12–8019/MC. Edwin A. Ehlers, II, Appellant v. United States, Appellee. CCA 200800190. On consideration of Appellant's petition for reconsideration of this Court's order issued on February 23, 2012, it is ordered that said petition for reconsideration is hereby denied.

No. 09–0677/AR. U.S. v. Chauncey J.R. Thorne. CCA 20080565. Appellant's motion for leave to file out of time and motion for enlargement of time to file the brief in support are denied.

No. 12–0408/MC. U.S. v. Lawrence G. Hutchins, III. CCA 200800393. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 16, 2012.